RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 BRIDGER AVENUE SUITE 820
LAS VEGAS, NEVADA 89101
(702) 853-4500

RECEIVED
AND

OCT 13   1 34 PM '11

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | ) | BK-S-07-12931-BAM |
| SLEIMAN, KHUDER | ) | Chapter 13 |
| | ) | |
| | ) | **NOTICE OF UNCLAIMED FUNDS** |
| | ) | |

TO:   Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 0 | KHUDER SLEIMAN<br>825 SIERRA VISTA DR APT 225<br>LAS VEGAS, NV 89169 | | $1996.00 |
| | Totals | | 1996.00$ |

Date:  _10/11/2011_

RICK A. YARNALL, TRUSTEE /s/
Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000.  Claims that are more than $25.00 go into CAS 613300.  The amounts that are to be deposited into the registry can be written on one check.

Reason: Sent to Unclaimed Funds as debtor has not returned any of the change of address forms mailed.

#204665    $1996.00